Christian J Younger, Bar No 222983
**YOUNGER & HENNECKE, LLP**
1610 Arden Way, Suite 265
Sacramento, CA 95815
(916) 564-8100 Telephone
(916) 564-8116 Fax

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO DIVISION

ABDUL RAUF,

Debtor.

Case No: 09-29840-B-13J

Dc No.: CJY
Chapter 13

**ORDER CONFIRMING PLAN**

## ORDER CONFIRMING PLAN

The Chapter 13 plan of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, IT **IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.  The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;
2.  The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and
3.  The debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $ 4000.00 are approved, $2000.00 which was paid prior to the filing of the petition. The balance of $2,000.00 provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

_____
Approved by the Chapter 13
Trustee as to form.

Dated: July 10, 2009

_____
Thomas C. Holman
United States Bankruptcy Judge